UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Criminal No: 4:24-cr-00404-6 |
| | § | |
| SHAWANDA JOHNSON SMITH, | § | |
| Defendant | | |

<u>DEFENDANT JOHNSON-SMITH'S UNOPPOSED MOTION FOR MODIFICAION OF CONDITIONS OF SUPERVISED RELEASE</u>

COMES NOW the Defendant SHAWANDA JOHNSON SMITH, through her undersigned counsel and respectfully requests that this Court grant Defendant's Unopposed Motion for Modification of the Conditions of her Supervised Release, for the following reasons.

I.

The Defendant hereby seeks permission from this Honorable Court to travel for work as she is a semi-truck driver and has received an Offer of Employment notice which will require her to travel out of the State. The defendant's offer letter for employment will be Exhibit A to this motion. She is on an electronic monitoring device as condition of supervised release, she is asking to remove her travel restrictions so she can remain in compliance with the bond conditions of her supervised release, as she has been for the preceding 7 months.

Respectfully submitted,

*/s/Windi Akins Pastorini*
Windi Akins Pastorini
Attorney at Law
SBN#00962500
440 Louisiana, Suite 200
Houston, Texas 77002
Office: 713-236-7300
Facsimile: 713-224-2815
windi@pastorinilaw.com

*Attorney for the Defendant*

## CERTIFICATE OF CONFERENCE

I hereby certify that I have reached out to Pretrial Officer Davis , and she is unopposed for the filing of this motion.

/s/ Windi Akins Pastorini
WINDI AKINS PASTORINI

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all parties of record, via electronic filing, in accordance with the Federal Rules governing the same, on this the fourth day of March 2025.

*/w/Windi Akins Pastorini*
Windi Akins Pastorini